# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTRHERN DISTRICT OF NEW YORK

No. 08 CIV 7354

**DREAMS DESIGN SRL, ET ANO,**
                      *Plaintiffs,*

   -against-

**GALLERIA RAMIS BARQUET LLC, BARQUET GROUP, INC., ET AL,**
                 *Defendants.*

State Of New York, County of New York SS:
**JOLANTYNA CAGNEY**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 21ST day of **AUGUST 2008**, At **12:50 PM**

At: **41 EAST 57TH STREET, 5TH FLOOR, NEW YORK, NEW YORK 10022**

Deponent served the Annexed: **SUMMONS IN A CIVI CASE, COMPLAINT AND JURY TRIAL DEMANDED**

Upon: **BARQUET GROUP, INC.,**

### PERSONAL SERVICE ON A CORPORATION
A corporation, by delivering thereat a true copy to **ALBERTO FERNANDEZ (ASSISTANT MANAGER)** personally; who stated, that he is the said individual *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **LT.BROWN** App. Age: **37** App. Ht: **6'0"** App. Wt. **180**
Other identifying features:

Sworn to before me this 25TH
day of **AUGUST 2008**

MICHAEL PEREZ
Notary Public, State of New York
No. 01PE6065326
Qualified in Queens County
Commission Expires Oct. 15, 2009

JOLANTYNA CAGNEY 116-9105