# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT / SOUTRHERN DISTRICT OF NEW YORK

No.08 CIV 7354

### DREAMS DESIGN SRL, ET ANO,
#### Plaintiffs,

-against-

### GALLERIA RAMIS BARQUET LLC, BARQUET GROUP, INC., ET AL,

#### Defendants.

State Of New York, County of New York SS:

**JOLANTYNA CAGNEY**

Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 21$^{ST}$day of **AUGUST 2008**, At **12:50 PM**

At: **41 EAST 57TH STREET, 5TH FLOOR, NEW YORK, NEW YORK 10022**

Deponent served the Annexed: **SUMMONS IN A CIVI CASE, COMPLAINT AND JURY TRIAL DEMANDED**

Upon: **RAMIS BARQUET**

### 308 (2) ALTERNATIVE METHOD (SUITABLE AGE PERSON)

By delivering thereat a true copy to **ALBERTO FERNANDEZ (CO-WORKER)** a person of suitable age and discretion. Said premises are defendant's last known place of business within the state.

### MAILING

**ON AUGUST 22, 2008 -** Deponent also enclosed a copy of same in a postpaid sealed wrapper properly marked **Personal and Confidential** and addressed to **RAMIS BARQUET, 41 EAST 57TH STREET, 5TH FLOOR, NEW YORK, NEW YORK 10022** defendant's last known place of business -and deposited said wrapper in - a post office - under the exclusive care and custody of the United States Postal Service within the State of New York.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex**: MALE** Color: **WHITE** Hair: **LT.BROWN** App. Age: **37** App. Ht: **6'0"** App. Wt. **180**
Other identifying features:

Sworn to before me this 25TH
day of **AUGUST 2008**

MICHAEL PEREZ
Notary Public, State of New York
No. 01PE6065326
Qualified in Queens County
Commission Expires Oct. 15, 2007

**JOLANTYNA CAGNEY 116-9105**