# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTRHERN DISTRICT OF NEW YORK

No. 08 CIV 7354

**DREAMS DESIGN SRL, ET ANO,**
               Plaintiffs,

-against-

**GALLERIA RAMIS BARQUET LLC, BARQUET GROUP, INC., ET AL,**
               Defendants.

State Of New York, County of New York SS:
**JOLANTYNA CAGNEY**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 21ST day of AUGUST 2008, At 12:50 PM

At: 41 EAST 57TH STREET, 5TH FLOOR, NEW YORK, NEW YORK 10022

Deponent served the Annexed: **SUMMONS IN A CIVI CASE, COMPLAINT AND JURY TRIAL DEMANDED**

Upon: **SEBASTIAN + BARQUET**

### PERSONAL SERVICE ON A CORPORATION

A corporation, by delivering thereat a true copy to **ALBERTO FERNANDEZ (ASSISTANT MANAGER)** personally; who stated, that he is the said individual *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **LT.BROWN** App. Age: **37** App. Ht: **6'0"** App. Wt. **180**
Other identifying features:

Sworn to before me this 25TH
day of AUGUST 2008

MICHAEL PEREZ
Notary Public, State of New York
No. 01PE6065326
Qualified in Queens County
Commission Expires Oct. 15, 2009

JOLANTYNA CAGNEY 116-9105